## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | **Case Number: SA:13-M -00800(1)** |
| vs. | § | **MD/FL-Orlando: 6:09CR54-35 KRS** |
| | § | **Date:September 13, 2013** |
| (1) JOSE MARTINEZ | § | Time in Court: ____ — 6 ____ |
| | § | SWORN  [✓] |
| | § | |

## PROCEEDING MEMO - INITIAL APPEARANCE

1.  [ ] Complaint Filed _____    [X] Arrest Warrant Issued _____
    [ ] Indictment                                                *(Date)*
    [ ] Information
    [X] Prob Form 12                       [X] Agency          **U.S. Marshal**
    [X] Arrested   **in custody - September 13, 2013**
    _____
    *Date*

2.  **COURT PERSONNEL:**
    Magistrate Judge:  **JOHN W PRIMOMO**
    Courtroom Deputy:  **Magda Muzza**
    Interpreter: (Yes) No

3.  **APPEARANCES:**   For the United States:   **JOEY CONTRERAS - EXCUSED**
    For the Defendant: _____
    Address: _____
    Phone: _____
    Retained [ ]      FPD [ ]      CJA [ ]

4.  **PROCEEDINGS:**
    a.  [X] Defendant found competent.
    b.  [X] Defendant informed of and received copy of charging document.
        Violation:  **Failure to Appear**
    c.  [X] Defendant informed of maximum penalty:  **as stated on the record**
        **Up to 10 yrs. imprisonment; $250,000 Fine; 3 yrs. S/R & $100 S/A**
        **to run consecutively**
    d.  [X] Defendant informed of constitutional rights.
        *My constitutional rights have been explained to me.*
        Date _____      Signature _____
    e.  [ ] Defendant informed of right to Preliminary Hearing:
        set for _____
        OR
        [X] No right to Preliminary Hearing.
        Arraignment set for _____    ***to be set and held in charging district**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

**vs.**

JOSE MARTINEZ

**BENCH
WARRANT FOR ARREST**

Case Number: 6:09-cr-7-Orl-19DAB

---

**TO:   THE UNITED STATES MARSHAL
AND ANY AUTHORIZED UNITED STATES OFFICER:**

---

**YOU ARE HEREBY COMMANDED** to arrest **JOSE MARTINEZ** and bring him forthwith to the nearest magistrate to answer:

FAILURE TO APPEAR FOR ARRAIGNMENT SCHEDULED 1/23/09 BEFORE UNITED STATES MAGISTRATE JUDGE DAVID A. BAKER

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

By:   Helyn S. LaTorre, Deputy Clerk

Signature of Issuing Officer

January 23, 2009, Orlando, Florida

Bail fixed at $ _____   by _____

---

| RETURN |
|---|
| This Warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO  442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JOSE MARTINEZ,
a/k/a Felix

**WARRANT FOR ARREST**

CASE NUMBER: 6:09-cr- 54 - 35KRS

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Jose Martinez and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with Failure to Appear.

In violation of Title 18, United States Code, Section(s) 3146(a)(1).

_____
Name & Title of Judicial Officer

Deputy Clerk
_____
Title of Issuing Officer

_L. Klele_____
Signature of Issuing Officer

4/9/09        Orlando Florida
_____
Date and Location

_L. Klele_____
(By) Deputy Clerk

Bail fixed at $ _____        by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.   6:08-cr-54-ORL-35-KRS
                                                        18 U.S.C. § 3146(a)(1)
JOSE MARTINEZ
a/k/a "Felix"

FILED

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about January 23, 2009, in Orange County, Florida, in the Middle District

of Florida,

**JOSE MARTINEZ**
**a/k/a Felix**

the defendant herein, previously having had an initial appearance in United States

District Court on a charge of violating Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(B)(ii), and Title 21 United States Code, Section 846, both felonies

punishable by life imprisonment, and having been released on bail pursuant to the

provisions of Title 18, United States Code, Chapter 207, knowingly failed to appear

before United States Magistrate Judge David A. Baker for initial appearance (in this

District) and arraignment in United States v. Jose Martinez, Case No. 6:09-cr-7-Orl-

19DAB and United States v. Jose Martinez, 6:08-mj-01268-DAB-2, as required by the

conditions of release.

All in violation of Title 18, United States Code, Sections 3146(a)(1) & (b)(1)(A)(i).

A TRUE BILL,

Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: 

Vincent S. Chiu
Assistant United States Attorney

By: 

Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

2

BOND, INTERPRETER

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:09-cr-00007-PCF-DAB-1

Case title: USA v. Martinez

Date Filed: 01/14/2009

Magistrate judge case number: 6:08-mj-01268-DAB

---

Assigned to: Senior Judge Patricia C.
Fawsett

Referred to: Magistrate Judge David A.
Baker

**Defendant (1)**

| | |
|---|---|
| **Jose Martinez**<br>*also known as*<br>Felix | represented by **Robert Alan Leventhal**<br>Robert A. Leventhal, P.A.<br>220 N. Rosalind Avenue<br>Orlando, FL 32801<br>407/849-6161<br>Fax: 407-843-3838<br>Email: bob@robertleventhal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| NARCOTICS - POSSESSION<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F -- Controlled substance<br>-- sell, distribute or dispense | |

---

**Plaintiff**

USA                                represented by **Suzanne C. Nebesky**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602
813/274-6000
Email: suzanne.nebesky@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Chiu**
US Attorney's Office - FLM
Suite 300
501 W Church St
Orlando, FL 32805
407/648-7566
Fax: 407/648-7643
Email: vincent.chiu@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2008 | 1 | COMPLAINT as to Jose Martinez (1), Hector Francisco (2), Amaury Martinez (3). (HSL) [6:08-mj-01268-DAB] (Entered: 08/13/2008) |
| 08/13/2008 | 5 | NOTICE of possible conflict of interest by USA as to Jose Martinez, Hector Francisco, Amaury Martinez : NONE (HSL) [6:08-mj-01268-DAB] (Entered: 08/13/2008) |
| 08/18/2008 | 6 | NOTICE of attorney appearance Vincent Chiu appearing for USA. (Chiu, Vincent) [6:08-mj-01268-DAB] (Entered: 08/18/2008) |
| 10/01/2008 | 19 | NOTICE of attorney appearance: Robert Alan Leventhal appearing for Jose Martinez (Leventhal, Robert) [6:08-mj-01268-DAB] (Entered: 10/01/2008) |
| 10/15/2008 | 23 | Minute Entry for proceedings held before Magistrate Judge Gregory J. Kelly: INITIAL appearance as to Jose Martinez held on 10/15/2008. (digital) (Interpreter/Language: Vanessa Wagenknecht) (KKA) [6:08-mj-01268-DAB] (Entered: 10/16/2008) |
| 10/15/2008 | 24 | ORDER appointing Vanessa Wagenknecht as interpreter in this action as to Jose Martinez. Signed by Magistrate Judge Gregory J. Kelly on 10/15/2008. (KKA) [6:08-mj-01268-DAB] (Entered: 10/16/2008) |
| 10/15/2008 | 25 | ORDER OF DETENTION as to Jose Martinez. Detention Hearing set for 10/22/2008 at 10:30 AM in Courtroom 5 D before Magistrate Judge Karla R. Spaulding. Signed by Magistrate Judge Gregory J. Kelly on 10/15/2008. (KKA) [6:08-mj-01268-DAB] (Entered: 10/16/2008) |

| 10/15/2008 | 26 | ARREST WARRANT returned executed on 10/15/08 as to Jose Martinez. (LAK) [6:08-mj-01268-DAB] (Entered: 10/16/2008) |
| 10/22/2008 | 28 | Minute Entry for proceedings held before Magistrate Judge Karla R. Spaulding. Detention Hearing as to Jose Martinez held on 10/22/2008, PRELIMINARY examination as to Jose Martinez held on 10/22/2008. (DIGITAL) (Interpreter/Language: Vanessa Wagenknecht/ Spanish) (ECJ) [6:08-mj-01268-DAB] (Entered: 10/22/2008) |
| 10/22/2008 | 29 | WAIVER of preliminary examination or hearing by Jose Martinez. (ECJ) [6:08-mj-01268-DAB] (Entered: 10/22/2008) |
| 11/03/2008 | 30 | ORDER Setting Conditions of Release as to Jose Martinez. $200,000 (secured surety bond). Signed by Magistrate Judge Karla R. Spaulding on 11/3/2008. (ECJ) [6:08-mj-01268-DAB] (Entered: 11/03/2008) |
| 11/03/2008 | 31 | APPEARANCE BOND entered as to Jose Martinez in amount of $ 200,000. Signed by Magistrate Judge Karla R. Spaulding on 11/3/2008. (ECJ) [6:08-mj-01268-DAB] (Entered: 11/03/2008) |
| 11/03/2008 | 32 | SURETY BOND entered as to Jose Martinez in amount of $ 200,000. Receipt (Power) # 000950. (ECJ) [6:08-mj-01268-DAB] (Entered: 11/03/2008) |
| 11/03/2008 | 33 | RECEIPT for surrender of Passport as to Jose Martinez. Passport Number 1255094 issued by Dominican Republic (JET) [6:08-mj-01268-DAB] (Entered: 11/03/2008) |
| 11/03/2008 | 34 | WAIVER of speedy trial by Jose Martinez, Hector Francisco, Amaury Martinez (Leventhal, Robert) [6:08-mj-01268-DAB] (Entered: 11/03/2008) |
| 01/14/2009 | 35 | INDICTMENT returned in open Court as to Jose Martinez (1) on count 1. (RDO) (Entered: 01/14/2009) |
| 01/14/2009 | 36 | NOTICE OF HEARING as to Jose Martinez. Arraignment set for 1/23/2009 at 11:30 AM in Courtroom 6 D before Magistrate Judge David A. Baker. (HSL) (Entered: 01/14/2009) |
| 01/15/2009 | 37 | NOTICE of pendency of related cases re order of compliance to Local Rule as to Jose Martinez by USA. Related case(s): Yes (Chiu, Vincent) (Entered: 01/15/2009) |
| 01/15/2009 | 38 | CERTIFICATE of interested persons and corporate disclosure statement by USA (Chiu, Vincent) (Entered: 01/15/2009) |
| 01/15/2009 | 39 | NOTICE of attorney appearance Vincent Chiu appearing for USA. (Chiu, Vincent) (Entered: 01/15/2009) |
| 01/15/2009 | 40 | NOTICE of estimated length of trial by USA Estimated trial length: 3 days. (Chiu, Vincent) (Entered: 01/15/2009) |
| 01/15/2009 | 41 | NOTICE of possible conflict of interest by USA as to Jose Martinez (Chiu, Vincent) (Entered: 01/15/2009) |
| 01/19/2009 | 42 | Remark: docket numbers 37 and 38 have been reviewed. (Fawsett, Patricia) (Entered: 01/19/2009) |

| 01/23/2009 | | Remark: Defendant failed to appear for arraignment scheduled 1/23/09 before United States Magistrate Judge David A. Baker (HSL) (Entered: 01/23/2009) |
|---|---|---|
| 04/30/2013 | 44 | NOTICE OF ATTORNEY APPEARANCE Suzanne C. Nebesky appearing for USA. *Re: Jose Martinez* (Nebesky, Suzanne) (Entered: 04/30/2013) |
| 04/30/2013 | 45 | MOTION for miscellaneous relief, specifically Motion for Declaration of Forfeiture of Bond by USA as to Jose Martinez. (Nebesky, Suzanne) (Entered: 04/30/2013) |
| 05/22/2013 | 46 | ORDER granting 45 Motion Forfeiture of Bond as to Jose Martinez (1). Signed by Magistrate Judge David A. Baker on 5/22/2013. Copies emailed. (HSL) (Entered: 05/22/2013) |
| 06/26/2013 | 47 | MOTION for miscellaneous relief, specifically Motion for Default Judgment by USA as to Jose Martinez. (Attachments: # 1 Attachment 1)(Nebesky, Suzanne) (Entered: 06/26/2013) |
| 06/28/2013 | 48 | ORDER granting 47 Motion Entry of Default Judgment as to Jose Martinez, Best Bail Bonds, and Cecilia Vargas. Signed by Senior Judge Patricia C. Fawsett on 6/28/2013. (CAC) (Entered: 06/28/2013) |
| 07/23/2013 | | Mail returned as Undeliverable as to Cecilia Vargas re: 48 Order on Motion for Miscellaneous Relief. Mail Not resent to Cecilia Vargas. (IGC) (Entered: 07/23/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/09/2013 13:04:07 | | | |
| **PACER Login:** | us4502 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:09-cr-00007-PCF-DAB |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |